**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                      8318358

| | |
|---|---|
| Invoice Date | 04/25/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** corrects terms on IV 8317923 ((R)

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 265.000 | GAL | Roundup PowerMax II (265 Gal)(Gal) | 15.95  /GAL | 4,226.75 |
| 265.000 | GAL | Warrant (265 Gal)(Gal) | 24.00  /GAL | 6,360.00 |
| 100.000 | GAL | Vision (Helena)(2x2.5 Gal)(Gal) | 81.71  /GAL | 8,171.00 |
| 50.000 | GAL | Quest (Helena) (Non-Corrosive)(2x2.5 Gal)(Gal) | 24.50  /GAL | 1,225.00 |

Sub Total    19,982.75

**Amount Due**    **19,982.75**

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                                      8318358

EXHIBIT B

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8318359

| | |
|---|---|
| Invoice Date | 04/25/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** corrects terms on IV 8317925 (R)

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 180.000 | GAL | Diablo (2x2.5 Gal)(Gal) | 46.00 | /GAL | 8,280.00 |
| 32.000 | gal | Clasp (4x1 Gal)(Gal) | 23.75 | /gal | 760.00 |
| 12.000 | PT | Combat Plus (Helena) (12X1 Pt) | 16.35 | /PT | 196.20 |
| 24.000 | GAL | Lambda T-2 (Helena)(4x1 Gal)(Gal) | 130.00 | /GAL | 3,120.00 |

|  | |
|---|---|
| Sub Total | 12,356.20 |
| **Amount Due** | **12,356.20** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                    8318359

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                    8318360

| | |
|---|---|
| Invoice Date | 04/25/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** corrects terms on IV 8317924 (R)

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 50.000 | BAG | Corn Dekalb DKC67-72 Genuity VT2 Pro AF A250 (80K | 264.90 | /BAG | 13,245.00 |
| 194.000 | BAG | Corn Dekalb DKC67-72 Genuity VT2 Pro AF A250 (80K | 264.90 | /BAG | 51,390.60 |
| 4.000 | BAG | Corn Dekalb DKC67-72 Genuity VT2 Pro AF2 A250 (80K | 264.90 | /BAG | 1,059.60 |
| 66.000 | BAG | Corn Dekalb DKC67-72 Genuity VT2 Pro AF2 A250 (80K | 264.90 | /BAG | 17,483.40 |
| 36.000 | BAG | Corn Dekalb DKC67-72 Genuity VT2 Pro AF2 A250 (80K | 264.90 | /BAG | 9,536.40 |

| | |
|---|---|
| Sub Total | 92,715.00 |
| **Amount Due** | **92,715.00** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                    8318360

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8318362

| | |
|---|---|
| Invoice Date | 04/25/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 29.000 | BAG | Corn Dekalb DKC66-87 Genuity VT2 Pro AF2 A250 (80K | 256.00 /BAG | 7,424.00 |
| 66.000 | BAG | Corn Dekalb DKC66-87 Genuity VT2 Pro AF A250 (80K | 256.00 /BAG | 16,896.00 |

Sub Total          24,320.00

**Amount Due          24,320.00**

12/22/16  R3054   — $19,317.22
12/24/16  R1280   — $2,972.41
                    $ 2030 37

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**Invoice**                      8318362

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                           8318363

| | |
|---|---|
| Invoice Date | 04/25/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** corrects terms on IV 8318051 (R)

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 90.000 | BAG | Corn Dekalb DKC63-55 GenuityDG VT2 Pro AR2 A250 (8 | 256.00  /BAG | 23,040.00 |
| 8.000 | BAG | Corn Dekalb DKC63-55 GenuityDG VT2 Pro AR A250 (80 | 256.00  /BAG | 2,048.00 |
| 2.000 | BAG | Corn Dekalb DKC63-55 GenuityDG Vt2 Pro AF A250 (80 | 256.00  /BAG | 512.00 |

|  | |
|---|---|
| Sub Total | 25,600.00 |
| **Amount Due** | **25,600.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                                    **Invoice**            **8318363**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                          8318371

| | |
|---|---|
| Invoice Date | 04/25/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 595   Corn |
| Ticket(s) | 8254653 |

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 122.971 | Tons | 14.7-14.7-22.1 4.9S 0.3Zn 0.2B | 397.465 | /Tons | 48,876.71 |
| 595.000 | EA | Custom Applied Dry Fert/Airmax FER14742 (Ea) | 7.00 | /EA | 4,165.00 |
| 122.605 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 613.03 |
| 122.605 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 61.30 |

| | |
|---|---|
| Sub Total | 53,716.04 |
| **Amount Due** | **53,716.04** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                          8318371

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                          8318512

| | |
|---|---|
| Invoice Date | 04/29/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248184 |

**Bill To:**
VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**
30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 265.000 | GAL | Warrant (265 Gal)(Gal) | 24.00  /GAL | 6,360.00 |
| 265.000 | GAL | Roundup PowerMax II (265 Gal)(Gal) | 15.95  /GAL | 4,226.75 |

|  |  |
|---|---|
| Sub Total | 10,586.75 |
| **Amount Due** | **10,586.75** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8318553

| | |
|---|---|
| Invoice Date | 04/29/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Delivered to Shop   DII-3064425

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | BAG | Cotton DPL DP1522 B2XF (250k Bag)(Bag) | 170.10  /BAG | 6,804.00 |
| 40.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (250K Ba | 118.931  /BAG | 4,757.24 |
| | | Avicta Duo Cotton 40.5% (15 Gal)(Gal) | | |
| | | Gaucho Grande (2x2.5 Gal)(Gal) | | |
| | | Seed Shield Cotton (15 Gal)(Gal) | | |
| | | Vibrance (4x1 Qt)(Qt) | | |

|  |  |
|---|---|
| Sub Total | 11,561.24 |
| **Amount Due** | **11,561.24** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

Invoice                        8318553

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8318555

| | |
|---|---|
| Invoice Date | 04/29/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Cotton

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** Tech Fee on DPL 1522

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | EA | Fees - DP 1522 BGII Xtend Flex (Ea) | 301.50 /EA | 12,060.00 |

| | |
|---|---|
| Sub Total | 12,060.00 |
| **Amount Due** | **12,060.00** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice          8318563

| | |
|---|---|
| Invoice Date | 04/29/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Delivered to Shop   DII-3064413

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 38.000 | BAG | Cotton DPL DP1522 B2XF (250k Bag)(Bag) | 170.10  /BAG | 6,463.80 |
| 38.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (250K Ba | 118.885  /BAG | 4,517.62 |
| | | Avicta Duo Cotton 40.5% (15 Gal)(Gal) | | |
| | | Gaucho Grande (2x2.5 Gal)(Gal) | | |
| | | Seed Shield Cotton (15 Gal)(Gal) | | |
| | | Vibrance (4x1 Qt)(Qt) | | |

| | |
|---|---|
| Sub Total | 10,981.42 |
| **Amount Due** | **10,981.42** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice          8318563

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                               8318564

| | |
|---|---|
| Invoice Date | 04/29/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Tech Fee on DPL 1522

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 38.000 | EA | Fees - DP 1522 BGII Xtend Flex (Ea) | 301.50 /EA | 11,457.00 |

| | |
|---|---|
| Sub Total | 11,457.00 |
| **Amount Due** | **11,457.00** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    **8318918**

**Bill To:**    VANCIL FARMS
              30570 ST HWY B
              CAMPBELL, MO 63933
              US

| | |
|---|---|
| Invoice Date | 05/09/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**    30570 ST HWY B
              CAMPBELL, MO 63933
              US

Ticket(s)        8248251

**Comments:** DII-3063903

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 180.000 | GAL | Vision (Helena)(2x2.5 Gal)(Gal) | 81.71  /GAL | 14,707.80 |

Sub Total        14,707.80

**Amount Due**        **14,707.80**

Remit To:  Helena Chemical Company
           P O BOX 198153

           ATLANTA GA 30384-8153

**VANCIL FARMS**

**Invoice**                **8318918**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                          8318924

| | |
|---|---|
| Invoice Date | 05/09/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248266 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 12.000 | PT | Combat Plus (Helena) (12X1 Pt) | 16.35  /PT | 196.20 |

|  |  |
|---|---|
| Sub Total | 196.20 |
| **Amount Due** | **196.20** |

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                                          **Invoice**                     **8318924**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                    **8318927**

| | |
|---|---|
| Invoice Date | 05/10/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Tech Fee for Americot 3406

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | EA | Fees Americot 3406 B2XF (Ea) | 277.40  /EA | 11,096.00 |

| | |
|---|---|
| Sub Total | 11,096.00 |
| **Amount Due** | **11,096.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

**Invoice**                    **8318927**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8318929

| | | |
|---|---|---|
| Invoice Date | 05/10/2016 | |
| Due Date | 03/15/2017 | |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

Customer ID        619257

Salesperson        4630
Shipping Loc.      1

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Delivered to Shop    DII-3064463

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | BAG | Cotton Americot NG 3406 B2XF (230K Bag)(Bag) | 138.70  /BAG | 5,548.00 |
| 40.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (230K Ba | 109.343  /BAG | 4,373.72 |
| | | Avicta Duo Cotton 40.5% (15 Gal)(Gal) | | |
| | | Gaucho Grande (2x2.5 Gal)(Gal) | | |
| | | Seed Shield Cotton (15 Gal)(Gal) | | |
| | | Vibrance (4x1 Qt)(Qt) | | |

Sub Total        9,921.72

**Amount Due**        **9,921.72**

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                    8318929

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                        8318930

| | |
|---|---|
| Invoice Date | 05/10/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Bill To:  VANCIL FARMS
          30570 ST HWY B
          CAMPBELL, MO 63933
          US

Ship To:  30570 ST HWY B
          CAMPBELL, MO 63933
          US

Cotton

**Comments:** Delivered to Shop    DII-3064482

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | BAG | Cotton Americot NG 3406 B2XF (230K Bag)(Bag) | 138.70 /BAG | 5,548.00 |
| 40.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (230K Ba | 109.343 /BAG | 4,373.72 |
| | | Avicta Duo Cotton 40.5% (15 Gal)(Gal) | | |
| | | Gaucho Grande (2x2.5 Gal)(Gal) | | |
| | | Seed Shield Cotton (15 Gal)(Gal) | | |
| | | Vibrance (4x1 Qt)(Qt) | | |

|  | |
|---|---|
| Sub Total | 9,921.72 |
| **Amount Due** | **9,921.72** |

Remit To: Helena Chemical Company
          P O BOX 198153

          ATLANTA GA 30384-8153

**VANCIL FARMS**                              **Invoice**        **8318930**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8318932

| | |
|---|---|
| Invoice Date | 05/10/2016 |
| Due Date | 03/15/2017 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Tech Fee on Americot 3406

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | EA | Fees Americot 3406 B2XF (Ea) | 277.40  /EA | 11,096.00 |

| | |
|---|---|
| Sub Total | 11,096.00 |
| **Amount Due** | **11,096.00** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                              **Invoice**           **8318932**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# (Clarkton (MO)) Helena Chemical Co.
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

**Invoice**                                 **8319073**

| | |
|---|---|
| Invoice Date | 05/11/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Cotton

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** Delivered in Seed Cart    DII-3063913

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 38.000 | BAG | Cotton DPL DP1522 B2XF ACC+FI (250K Bag)(Bag) | 252.42 /BAG | 9,591.96 |
| 38.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (250K Ba Avicta 500 FS (46.3%)(15 Gal)(Gal) | 38.973 /BAG | 1,480.96 |

| | |
|---|---|
| Sub Total | 11,072.92 |
| **Amount Due** | **11,072.92** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

**Invoice**                                 **8319073**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8319074

| | |
|---|---|
| Invoice Date | 05/11/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Cotton

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** Tech Fee on DPL 1522

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 38.000 | EA | Fees - DP 1522 BGII Xtend Flex (Ea) | 301.50 /EA | 11,457.00 |

| | |
|---|---|
| Sub Total | 11,457.00 |
| **Amount Due** | **11,457.00** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                              **Invoice**          **8319074**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# (Clarkton (MO)) Helena Chemical Co.
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                8319154

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Invoice Date | 05/11/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Cotton

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** Delivered in Seed Cart    DII-3063912

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 38.000 | BAG | Cotton DPL DP1522 B2XF (250k Bag)(Bag) | 170.10 /BAG | 6,463.80 |
| 38.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (250K Ba | 118.885 /BAG | 4,517.62 |
| | | Avicta Duo Cotton 40.5% (15 Gal)(Gal) | | |
| | | Gaucho Grande (2x2.5 Gal)(Gal) | | |
| | | Seed Shield Cotton (15 Gal)(Gal) | | |
| | | Vibrance (4x1 Qt)(Qt) | | |

| | |
|---|---|
| Sub Total | 10,981.42 |
| **Amount Due** | **10,981.42** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                8319154

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                     8319171

| | |
|---|---|
| Invoice Date | 05/11/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** Tech Fee on DPL 1522

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 38.000 | EA | Fees - DP 1522 BGII Xtend Flex (Ea) | 301.50 /EA | 11,457.00 |

| | |
|---|---|
| Sub Total | 11,457.00 |
| **Amount Due** | **11,457.00** |

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                     **Invoice**        **8319171**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357 Fax: 573-448-5584

**Invoice**                    **8319481**

| | |
|---|---|
| Invoice Date | 05/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248329 |

**Bill To:**    VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**    30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** DII-3063956

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 417.000 | GAL | Halex GT (M/B)(Bulk Gal) | 39.90 /GAL | 16,638.30 |
| 500.000 | GAL | Atrazine 4F (Helena/Syngenta)(M/B)(Bulk Gal) | 13.10 /GAL | 6,550.00 |

| | |
|---|---|
| Sub Total | 23,188.30 |
| **Amount Due** | **23,188.30** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

**Invoice**                    **8319481**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8319892

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Invoice Date | 05/28/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |
| Tons | 31.34 |
| Ticket(s) | 8255101 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 31.330 | Tons | 28-0.0-0.0 4S | 269.50 /Tons | 8,443.45 |
| 31.330 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 156.65 |
| 31.330 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 15.67 |

|  |  |
|---|---|
| Sub Total | 8,615.77 |
| **Amount Due** | **8,615.77** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                           8319892

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    **8320019**

| | |
|---|---|
| **Invoice Date** | 06/06/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |
| **Ticket(s)** | 8248433 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 160.000 | GAL | Halex GT (M/B)(Bulk Gal) | 39.90 /GAL | 6,384.00 |
| 243.000 | GAL | Atrazine 4F (Helena/Syngenta)(M/B)(Bulk Gal) | 13.10 /GAL | 3,183.30 |

| | |
|---|---|
| Sub Total | 9,567.30 |
| **Amount Due** | **9,567.30** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                              # Invoice                **8320019**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                        **8320035**

| | |
|---|---|
| Invoice Date | 06/06/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248465 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 120.000 | GAL | Vision (Helena)(2x2.5 Gal)(Gal) | 81.71  /GAL | 9,805.20 |

| | |
|---|---|
| Sub Total | 9,805.20 |
| **Amount Due** | **9,805.20** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                        **8320035**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                            8320052

| | |
|---|---|
| Invoice Date | 06/07/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248429 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 180.000 | GAL | Vision (Helena)(2x2.5 Gal)(Gal) | 81.71 /GAL | 14,707.80 |
| 265.000 | GAL | Roundup PowerMax II (M/B Gal)(Gal) | 15.95 /GAL | 4,226.75 |
| 265.000 | GAL | Warrant (M/B)(Bulk Gal) | 24.00 /GAL | 6,360.00 |
| 60.000 | GAL | Justified (2x2.5 Gal)(Gal) | 57.50 /GAL | 3,450.00 |

|  |  |
|---|---|
| Sub Total | 28,744.55 |
| **Amount Due** | **28,744.55** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                                    **Invoice**                    **8320052**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                    8320054

| | |
|---|---|
| **Invoice Date** | 06/07/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |
| **Ticket(s)** | 8248464 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 60.000 | GAL | Gramoxone SL 2.0 (2x2.5 Gal)(Gal) | 24.00 /GAL | 1,440.00 |
| 12.000 | QT  + | Wipe Out Tank Cleaner (Helena)(12x1 Qt)(Qt) | 13.60 /QT | 163.20 |
| 30.000 | gal | Fire-Zone (2x2.5 Gal)(Gal) | 24.85 /gal | 745.50 |
| 40.000 | GAL | Justified (2x2.5 Gal)(Gal) | 57.50 /GAL | 2,300.00 |
| 34.000 | gal | Clasp (4x1 Gal)(Gal) | 23.75 /gal | 807.50 |
| 12.000 | PT | Combat Plus (Helena) (12X1 Pt) | 16.35 /PT | 196.20 |

| | |
|---|---|
| Sub Total | 5,652.40 |
| Sales Tax | 11.79 |
| **Amount Due** | **5,664.19** |

(+Denotes taxable items)

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                    **Invoice**        **8320054**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8320104

| | |
|---|---|
| Invoice Date | 06/11/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Soybeans

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** Delivered to shop in cart    DII-3064068

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 200.000 | BAG | Soybean Asgrow AG46X6 RR2X (140K Bag)(Bag) | 55.10  /BAG | 11,020.00 |

| | |
|---|---|
| Sub Total | 11,020.00 |
| **Amount Due** | **11,020.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                                **Invoice**              **8320104**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8320187

| | |
|---|---|
| Invoice Date | 06/14/2016 |
| Due Date | 03/15/2017 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Customer ID**   619257

**Salesperson**   4630
**Shipping Loc.**   1

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Replant    DII-3063964 and 3063991

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | BAG | Cotton DPL DP1522 B2XF (250k Bag)(Bag) | 189.95  /BAG | 7,598.00 |
| 38.000 | BAG | Cotton Seed Treatment PoweredbySeedShield (250K Ba | 118.885  /BAG | 4,517.62 |
| | | Avicta Duo Cotton 40.5% (15 Gal)(Gal) | | |
| | | Gaucho Grande (2x2.5 Gal)(Gal) | | |
| | | Seed Shield Cotton (15 Gal)(Gal) | | |
| | | Vibrance (4x1 Qt)(Qt) | | |

| | |
|---|---|
| Sub Total | 12,115.62 |
| **Amount Due** | **12,115.62** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**Invoice**                                    8320187

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                          8320188

| | |
|---|---|
| **Invoice Date** | 06/14/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

**Comments:** Replant Tech Fee

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | EA | Fees - DP 1522 BGII Xtend Flex (Ea) | 301.50  /EA | 12,060.00 |

| | |
|---|---|
| Sub Total | 12,060.00 |
| **Amount Due** | **12,060.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                          8320188

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8320287

| | |
|---|---|
| Invoice Date | 06/17/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

Soybeans

**Comments:** Delivered to Shop    DII-3064110

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 317.000 | BAG | Soybean Asgrow AG46X6 RR2X (140K Bag)(Bag) | 55.10  /BAG | 17,466.70 |

| | |
|---|---|
| Sub Total | 17,466.70 |
| **Amount Due** | **17,466.70** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                        # Invoice                8320287

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                        **8320464**

| | |
|---|---|
| Invoice Date | 06/22/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248599 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 360.000 | LBS | Acephate 90 WDG (Tide)(2x20Lbs)(Lbs) | 5.95  /LBS | 2,142.00 |

| | |
|---|---|
| Sub Total | 2,142.00 |
| **Amount Due** | **2,142.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

VANCIL FARMS                    **Invoice**            **8320464**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                      **8320730**

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 116    Cotton |
| Ticket(s) | 8254815 |

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 5.122 | TON | DAP 18-46-0 (Bulk Ton) | 419.50 | /TON | 2,148.68 |
| 4.879 | GAL | Ele-Max Boron LC (250 Gal)(Gal) | 105.00 | /GAL | 512.30 |
| 5.122 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 25.61 |
| 5.122 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 2.56 |

|  |  |
|---|---|
| Sub Total | 2,689.15 |
| **Amount Due** | **2,689.15** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                                      **8320730**

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                       8320731

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| | |
| Customer ID | 619257 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 179    Cotton |
| Ticket(s) | 8254811 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 22.720 | Tons | 7.1-18.1-36.2 0.4B | 397.883  /Tons | 9,039.91 |
| 22.672 | EA | Freight Fertilizer (SBU)(Ea) | 5.00  /EA | 113.36 |
| 22.672 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50  /TON | 11.34 |

| | |
|---|---|
| Sub Total | 9,164.61 |
| **Amount Due** | **9,164.61** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                       8320731

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                    8320733

Invoice Date      06/23/2016
Due Date          03/15/2017

Customer ID       619257

Salesperson       4630
Shipping Loc.     1
Field ID          1

Acres             65    Cotton
Ticket(s)         8254810

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 7.190 | Tons | 5.4-13.9-41.7 0.4B | 393.858 | /Tons | 2,831.84 |
| 7.173 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 35.87 |
| 7.173 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 3.59 |

Sub Total        2,871.30

**Amount Due**      **2,871.30**

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                    **Invoice**      **8320733**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8320734

**Bill To:**    VANCIL FARMS
            30570 ST HWY B
            CAMPBELL, MO 63933
            US

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |
| Acres | 181.27 Cotton |
| Ticket(s) | 8254808 |

**Ship To:**    30570 ST HWY B
            CAMPBELL, MO 63933
            US

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 24.320 | Tons | 6.6-16.9-37.7 0.3B | 392.911 | /Tons | 9,555.60 |
| 24.271 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 121.36 |
| 24.271 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 12.14 |

|  |  |
|---|---|
| Sub Total | 9,689.10 |
| **Amount Due** | **9,689.10** |

Remit To:  Helena Chemical Company
          P O BOX 198153

          ATLANTA GA 30384-8153

**VANCIL FARMS**                              # Invoice                8320734

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                          8320736

Bill To:  VANCIL FARMS
          30570 ST HWY B
          CAMPBELL, MO 63933
          US

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Ship To:  30570 ST HWY B
          CAMPBELL, MO 63933
          US

Cotton

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 541.270 | EA | Rogator 1300 #2 (Ea) | 6.50  /EA | 3,518.26 |

| | |
|---|---|
| Sub Total | 3,518.26 |
| **Amount Due** | **3,518.26** |

Remit To:  Helena Chemical Company
           P O BOX 198153

           ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                          8320736

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                 8320740

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 1054  Corn |
| Ticket(s) | 8254949 |

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 198.230 | Tons | 42.6-0.0-0.0 3.1S | 328.169 | /Tons | 65,052.87 |
| 128.880 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 | /GAL | 10,013.98 |
| 1054.000 | EA | Custom Applied Dry Fert/Airmax FER14742 (Ea) | 7.00 | /EA | 7,378.00 |
| 198.230 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 991.15 |
| 198.230 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 99.12 |

|  |  |
|---|---|
| Sub Total | 83,535.12 |
| **Amount Due** | **83,535.12** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                 8320740

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                        8320742

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 980    Corn |
| Ticket(s) | 8254886 |

**Comments:** Airport

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 48.870 | Tons | 33.5-0.0-0.0 12S | 324.50 /Tons | 15,858.31 |
| 18.330 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 /GAL | 1,424.24 |
| 48.870 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 244.35 |
| 48.870 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 24.44 |

|  |  |
|---|---|
| Sub Total | 17,551.34 |
| **Amount Due** | **17,551.34** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                        **Invoice**                        **8320742**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                    **8320743**

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 140    Corn |
| Ticket(s) | 8255148 |

**Comments:** Hall Farm

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 30.720 | Tons | 27.5-9.1-9.1 5.5S 0.6Zn | 337.435 /Tons | 10,366.00 |
| 9.570 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 /GAL | 743.59 |
| 30.625 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 153.13 |
| 30.625 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 15.31 |

| | |
|---|---|
| Sub Total | 11,278.03 |
| **Amount Due** | **11,278.03** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**Invoice**                                    **8320743**

VANCIL FARMS
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                      **8320744**

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Corn

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 140.000 | EA | Rogator 1300 #2 (Ea) | 7.00  /EA | 980.00 |

| | |
|---|---|
| Sub Total | 980.00 |
| **Amount Due** | **980.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                                **Invoice**        **8320744**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                        8320745

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |

Bill To:   VANCIL FARMS
           30570 ST HWY B
           CAMPBELL, MO 63933
           US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

Ship To:   30570 ST HWY B
           CAMPBELL, MO 63933
           US

| | |
|---|---|
| Acres | 116   Corn |
| Ticket(s) | 8255149 |

**Comments:** Reel

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 18.450 | Tons | 37.9-0.0-0.0 7.5S 0.9Zn | 329.61 | /Tons | 6,081.31 |
| 9.401 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 | /GAL | 730.46 |
| 116.000 | EA | Rogator 1300 #2 (Ea) | 7.00 | /EA | 812.00 |
| 18.371 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 91.86 |
| 18.371 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 9.19 |

| | |
|---|---|
| Sub Total | 7,724.82 |
| **Amount Due** | **7,724.82** |

Remit To:   Helena Chemical Company
            P O BOX 198153

            ATLANTA GA 30384-8153

# Invoice                                        8320745

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                    8320746

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

| | | |
|---|---|---|
| Acres | 65 | Cotton |
| Ticket(s) | 8255151 | |

**Comments:** Corners

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 12.740 | Tons | 23.3-7.7-23.3 0.2B | 324.143 | /Tons | 4,129.58 |
| 4.210 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 | /GAL | 327.12 |
| 65.000 | EA | Rogator 1300 #2 (Ea) | 7.00 | /EA | 455.00 |
| 12.723 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 63.62 |
| 12.723 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 6.36 |

| | |
|---|---|
| Sub Total | 4,981.68 |
| **Amount Due** | **4,981.68** |

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                    8320746

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                      **8320747**

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |
| Acres | 333.9 Cotton |
| Ticket(s) | 8255152 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 33.010 | Tons | 45.8-0.0-0.0 0.5B | 332.075 | /Tons | 10,961.81 |
| 24.690 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 | /GAL | 1,918.41 |
| 333.900 | EA | Rogator 1300 #2 (Ea) | 7.00 | /EA | 2,337.30 |
| 32.921 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 164.61 |
| 32.921 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 16.46 |

Sub Total          15,398.59

**Amount Due**          **15,398.59**

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

Invoice                          8320747

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                  **8320748**

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

Cotton

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 46.960 | TON | Urea 46-0-0 Granular (Bulk Ton) | 282.50 /TON | 13,266.20 |
| 35.220 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 /GAL | 2,736.59 |
| 420.000 | EA | Rogator 1300 #2 (Ea) | 6.50 /EA | 2,730.00 |
| 46.960 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 234.80 |
| 46.960 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 23.48 |

| | |
|---|---|
| Sub Total | 18,991.07 |
| **Amount Due** | **18,991.07** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                  **8320748**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                   8320750

**Bill To:**   VANCIL FARMS
              30570 ST HWY B
              CAMPBELL, MO 63933
              US

| | |
|---|---|
| Invoice Date | 06/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**   30570 ST HWY B
              CAMPBELL, MO 63933
              US

Cotton

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 26.180 | TON | Triple Super Phosphate 0-46-0 (Bulk Ton) | 399.50 | /TON | 10,458.91 |
| 16.700 | TON | Potash 0-0-60 Granular (Bulk Ton) | 279.50 | /TON | 4,667.65 |
| 415.000 | EA | Rogator 1300 #2 (Ea) | 7.75 | /EA | 3,216.25 |
| 42.880 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 214.40 |
| 42.880 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 21.44 |

|  |  |
|---|---|
| Sub Total | 18,578.65 |
| **Amount Due** | **18,578.65** |

Remit To:   Helena Chemical Company
           P O BOX 198153

           ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                                   8320750

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                    **8320931**

| | |
|---|---|
| Invoice Date | 06/27/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248635 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 115.000 | GAL | Prefix (2x2.5 Gal)(Gal) | 39.00 /GAL | 4,485.00 |

| | |
|---|---|
| Sub Total | 4,485.00 |
| **Amount Due** | **4,485.00** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**Invoice**                                    **8320931**

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                    **8321131**

| | |
|---|---|
| Invoice Date | 07/05/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248725 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 700.000 | OZ | Centric 40 WG (2x100 Oz)(Oz) | 3.25  /OZ | 2,275.00 |

| | |
|---|---|
| Sub Total | 2,275.00 |
| **Amount Due** | **2,275.00** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**Invoice**                                    **8321131**

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8321133

**Bill To:**   VANCIL FARMS
              30570 ST HWY B
              CAMPBELL, MO 63933
              US

| | |
|---|---|
| Invoice Date | 07/05/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**   30570 ST HWY B
              CAMPBELL, MO 63933
              US

Ticket(s)      8248647

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | GAL | Megafol (2x2.5 Gal)(Gal) | 66.00 /GAL | 2,640.00 |
| 80.000 | GAL | EleMax Nutrient Conc.11-8-5 (2x2.5 Gal)(Gal) | 17.25 /GAL | 1,380.00 |

|  |  |
|---|---|
| Sub Total | 4,020.00 |
| **Amount Due** | **4,020.00** |

**Remit To:**  Helena Chemical Company
              P O BOX 198153

              ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                                    8321133

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                        **8321134**

**Bill To:**     VANCIL FARMS
                 30570 ST HWY B
                 CAMPBELL, MO 63933
                 US

| | |
|---|---|
| Invoice Date | 07/05/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**     30570 ST HWY B
                 CAMPBELL, MO 63933
                 US

Ticket(s)       8248664

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 40.000 | GAL | Gramoxone SL 2.0 (2x2.5 Gal)(Gal) | 24.00 /GAL | 960.00 |
| 20.000 | gal | Fire-Zone (2x2.5 Gal)(Gal) | 24.85 /gal | 497.00 |
| 20.000 | LBS | Glory (4x5 Lbs)(Lbs) | 13.40 /LBS | 268.00 |
| 40.000 | GAL | Liberty 280 SL (2X2.5 Gal)(Gal) | 54.00 /GAL | 2,160.00 |
| 265.000 | GAL | Warrant (M/B)(Bulk Gal) | 24.00 /GAL | 6,360.00 |

|  |  |
|---|---|
| Sub Total | 10,245.00 |
| **Amount Due** | **10,245.00** |

Remit To:  Helena Chemical Company
           P O BOX 198153

           ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice       **8321134**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    **8321135**

**Bill To:**   VANCIL FARMS
                30570 ST HWY B
                CAMPBELL, MO 63933
                US

| | |
|---|---|
| **Invoice Date** | 07/05/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |

**Ship To:**   30570 ST HWY B
                CAMPBELL, MO 63933
                US

| | |
|---|---|
| **Ticket(s)** | 8248639 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 270.000 | GAL | Liberty 280 SL (270 Gal)(Gal) | 54.00  /GAL | 14,580.00 |

| | |
|---|---|
| Sub Total | 14,580.00 |
| **Amount Due** | **14,580.00** |

Remit To:   Helena Chemical Company
             P O BOX 198153

             ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                                    **8321135**

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                     **8321147**

| | |
|---|---|
| Invoice Date | 07/05/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248736 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 80.000 | GAL | Prefix (2x2.5 Gal)(Gal) | 39.00  /GAL | 3,120.00 |

| | |
|---|---|
| Sub Total | 3,120.00 |
| **Amount Due** | **3,120.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                          **Invoice**          **8321147**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                        8321253

| | |
|---|---|
| Invoice Date | 07/07/2016 |
| Due Date | 03/15/2017 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 260   Corn |
| Ticket(s) | 8255338 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 43.720 | Tons | 38-0.0-0.0 7.6S | 284.258 /Tons | 12,427.77 |
| 22.890 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 /GAL | 1,778.55 |
| 260.000 | EA | Rogator 1300 #2 (Ea) | 7.00 /EA | 1,820.00 |
| 43.720 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 218.60 |
| 43.720 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 21.86 |

Sub Total         16,266.78

**Amount Due**       **16,266.78**

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                        **Invoice**         **8321253**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                           8321288

**Bill To:**   VANCIL FARMS
             30570 ST HWY B
             CAMPBELL, MO 63933
             US

| | |
|---|---|
| Invoice Date | 07/08/2016 |
| Due Date | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |

**Ship To:**   30570 ST HWY B
             CAMPBELL, MO 63933
             US

| | |
|---|---|
| **Ticket(s)** | 8248754 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 16.000 | GAL | MepStar 6X (4x1 Gal)(Gal) | 45.00  /GAL | 720.00 |

| | |
|---|---|
| Sub Total | 720.00 |
| **Amount Due** | **720.00** |

Remit To:  Helena Chemical Company
           P O BOX 198153

           ATLANTA GA 30384-8153

**VANCIL FARMS**                        **Invoice**        **8321288**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                                    **8321321**

| | |
|---|---|
| Invoice Date | 07/11/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248808 |

**Bill To:**    VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**    30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** shop

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 180.000 | GAL | Clarity (2x2.5 Gal)(Gal) | 72.10 /GAL | 12,978.00 |

| | |
|---|---|
| Sub Total | 12,978.00 |
| **Amount Due** | **12,978.00** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**Invoice**                                    **8321321**

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                          **8321344**

| | |
|---|---|
| Invoice Date | 07/19/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248815 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 5.000 | GAL | Diamond 0.83 EC (MANA)(2x2.5 Gal)(Gal) | 128.00  /GAL | 640.00 |

| | |
|---|---|
| Sub Total | 640.00 |
| **Amount Due** | **640.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

VANCIL FARMS

**Invoice**                          **8321344**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    **8321347**

| | |
|---|---|
| Invoice Date | 07/19/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Ticket(s) | 8248854 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 15.000 | GAL | Diamond 0.83 EC (MANA)(2x2.5 Gal)(Gal) | 128.00  /GAL | 1,920.00 |

|  | |
|---|---|
| Sub Total | 1,920.00 |
| **Amount Due** | **1,920.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                    **8321347**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357 Fax: 573-448-5584

# Invoice                                         8321572

| | |
|---|---|
| **Invoice Date** | 07/21/2016 |
| **Due Date** | 03/15/2017 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| **Ticket(s)** | 8248929 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 20.000 | GAL | Brigade 2 EC (4x1 Gal)(Gal) | 76.00 /GAL | 1,520.00 |
| 300.000 | LBS | Acephate 90 WDG (Tide)(2x20Lbs)(Lbs) | 5.95 /LBS | 1,785.00 |

| | |
|---|---|
| Sub Total | 3,305.00 |
| **Amount Due** | **3,305.00** |

Remit To:   Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

# Invoice                                         8321572

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

## Invoice

**8321838**

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Invoice Date | 08/01/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Ticket(s) | 8249029 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 8.000 | GAL | MepStar 6X (4x1 Gal)(Gal) | 45.00 /GAL | 360.00 |
| 5.000 | GAL | Quest (Helena) (Non-Corrosive)(2x2.5 Gal)(Gal) | 24.50 /GAL | 122.50 |

| | |
|---|---|
| Sub Total | 482.50 |
| **Amount Due** | **482.50** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

## Invoice

**8321838**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                                    **8322120**

| | |
|---|---|
| Invoice Date | 08/17/2016 |
| Due Date | 03/15/2017 |

Bill To:  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Ship To:  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Ticket(s) | 8249085 |

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 12.000 | GAL | Brigade 2 EC (4x1 Gal)(Gal) | 76.00 | /GAL | 912.00 |
| 200.000 | LBS | Acephate 90 WDG (Tide)(2x20Lbs)(Lbs) | 5.95 | /LBS | 1,190.00 |
| 10.000 | GAL | Agri-Dex (Helena)(2x2.5 Gal)(Gal) | 19.25 | /GAL | 192.50 |
| 7.000 | GAL | Resource 0.86EC (4x1 Gal)(Gal) | 207.50 | /GAL | 1,452.50 |
| 20.000 | GAL | Liberty 280 SL (2X2.5 Gal)(Gal) | 54.00 | /GAL | 1,080.00 |

|  |  |
|---|---|
| Sub Total | 4,827.00 |
| **Amount Due** | **4,827.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

# Invoice                                                    **8322120**

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                      8322124

| | |
|---|---|
| Invoice Date | 08/17/2016 |
| Due Date | 03/15/2017 |

Bill To:
VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Ship To:
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Ticket(s) | 8249097 |

Comments: campbell air

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 5.000 | CS | Trivapro Case (2x2.96LT + 2x.2.05 USG)(Cs) | 835.00  /CS | 4,175.00 |

| | |
|---|---|
| Sub Total | 4,175.00 |
| **Amount Due** | **4,175.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

# Invoice                                      8322124

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

**Invoice**                    **8322232**

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| **Invoice Date** | 08/24/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| **Ticket(s)** | 8249157 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 25.000 | GAL | Besiege (2x2.5 Gal)(Gal) | 215.00 /GAL | 5,375.00 |

|  | |
|---|---|
| Sub Total | 5,375.00 |
| **Amount Due** | **5,375.00** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**Invoice**                    **8322232**

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

Bill To:   VANCIL FARMS
           30570 ST HWY B
           CAMPBELL, MO 63933
           US

| | |
|---|---|
| Invoice Date | 09/23/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

Ship To:   30570 ST HWY B
           CAMPBELL, MO 63933
           US

Ticket(s)        8249235

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 15.000 | GAL | Folex 6 EC (2x2.5 Gal)(Gal) | 59.00  /GAL | 885.00 |
| 10.000 | GAL | FreeFall SC (4x1 Gal)(Gal) | 47.00  /GAL | 470.00 |
| 30.000 | GAL | Super Boll (2x2.5 Gal)(Gal) | 17.50  /GAL | 525.00 |

Sub Total        1,880.00

**Amount Due**        **1,880.00**

Remit To:   Helena Chemical Company
            P O BOX 198153

            ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                               **8322442**

| | |
|---|---|
| Invoice Date | 09/28/2016 |
| Due Date | 03/15/2017 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Ticket(s) | 8249252 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 120.000 | GAL | Super Boll (2x2.5 Gal)(Gal) | 17.50 /GAL | 2,100.00 |
| 12.500 | GAL | Folex 6 EC (2x2.5 Gal)(Gal) | 59.00 /GAL | 737.50 |

| | |
|---|---|
| Sub Total | 2,837.50 |
| **Amount Due** | **2,837.50** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                               **8322442**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                              **8322511**

| | |
|---|---|
| **Invoice Date** | 10/11/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

Wheat

**Comments:** Treated customer owned Wheat

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 1274.000 | BAG | Wheat Custom Seed Treatment (Bag) | 2.75  /BAG | 3,503.43 |
| | | Vibrance Extreme (110 Gal)(Gal) | | |

| | |
|---|---|
| Sub Total | 3,503.43 |
| **Amount Due** | **3,503.43** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

**Invoice**                    **8322511**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                    8322583

| | |
|---|---|
| Invoice Date | 10/21/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | | |
|---|---|---|
| Acres | 146 | Cotton |

**Comments:** Watson

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 2.790 | TON | Potash 0-0-60 Granular (Bulk Ton) | 286.91 | /TON | 800.48 |
| .960 | TON | DAP 18-46-0 (Bulk Ton) | 406.25 | /TON | 390.00 |
| .540 | TON | Triple Super Phosphate 0-46-0 (Bulk Ton) | 399.50 | /TON | 215.73 |
| 3.650 | TON | Urea 46-0-0 Granular (Bulk Ton) | 309.61 | /TON | 1,130.08 |
| 2.740 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 | /GAL | 212.90 |
| 1.710 | GAL | Ele-Max Boron LC (250 Gal)(Gal) | 105.00 | /GAL | 179.55 |
| 7.940 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 39.70 |
| 7.940 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 3.97 |

| | |
|---|---|
| Sub Total | 2,972.41 |
| **Amount Due** | **2,972.41** |

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                    8322583

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                          8322584

| | |
|---|---|
| Invoice Date | 10/21/2016 |
| Due Date | 03/15/2017 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

| | | |
|---|---|---|
| Acres | 120 | Cotton |

**Comments:** Carmen

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 1.500 | TON | Potash 0-0-60 Granular (Bulk Ton) | 286.91 | /TON | 430.37 |
| .950 | TON | Triple Super Phosphate 0-46-0 (Bulk Ton) | 399.50 | /TON | 379.53 |
| 3.000 | TON | Urea 46-0-0 Granular (Bulk Ton) | 309.61 | /TON | 928.83 |
| 2.250 | GAL | N-Fixx (250 Gal)(Gal) | 77.70 | /GAL | 174.83 |
| 1.410 | GAL | Ele-Max Boron LC (250 Gal)(Gal) | 105.00 | /GAL | 148.05 |
| 5.450 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 27.25 |
| 5.450 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 2.73 |

| | |
|---|---|
| Sub Total | 2,091.59 |
| **Amount Due** | **2,091.59** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

**Invoice**                                    **8322591**

**Bill To:**   VANCIL FARMS
              30570 ST HWY B
              CAMPBELL, MO 63933
              US

| Invoice Date | 10/21/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Ship To:**   30570 ST HWY B
              CAMPBELL, MO 63933
              US

| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | JOE |
| Acres | 237    Wheat |
| Ticket(s) | 8255529 |

| Quantity | | Description | % | Share Qty | Unit Price | Your Share |
|---|---|---|---|---|---|---|
| 29.360 | Tons | 13.6-12.4-18.7 9.9S | 66.6700 | 19.574 | 303.759 /Tons | 5,945.87 |
| 29.360 | EA | Freight Fertilizer (SBU)(Ea) | 66.6723 | 19.575 | 5.00 /EA | 97.88 |
| 29.360 | TON | State Fertilizer Ton Tax (Bulk Ton) | 66.6723 | 19.575 | .50 /TON | 9.79 |

| Sub Total | 6,053.54 |
| **Amount Due** | **6,053.54** |

**This Invoice is Shared With**

|  | Regular % |
|---|---|
| VANCIL FARMS | 66.67 |
| JOE VANCIL | 33.33 |

**Remit To:** Helena Chemical Company
              P O BOX 198153

              ATLANTA GA 30384-8153

**VANCIL FARMS**

**Invoice**                                    **8322591**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

| | | | |
|---|---|---|---|
| **Invoice** | | | **8322593** |

Bill To:   VANCIL FARMS
           30570 ST HWY B
           CAMPBELL, MO 63933
           US

| | |
|---|---|
| **Invoice Date** | 10/21/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |
| **Field ID** | 1 |

Ship To:   30570 ST HWY B
           CAMPBELL, MO 63933
           US

| | |
|---|---|
| **Acres** | 107    Wheat |
| **Ticket(s)** | 8255530 |

| Quantity | | Description | % | Share Qty | Unit Price | Your Share |
|---|---|---|---|---|---|---|
| 13.260 | Tons | 13.6-12.4-18.7 9.9S | 66.6700 | 8.840 | 303.738 /Tons | 2,685.18 |
| 13.260 | EA | Freight Fertilizer (SBU)(Ea) | 66.6667 | 8.840 | 5.00 /EA | 44.20 |
| 13.260 | TON | State Fertilizer Ton Tax (Bulk Ton) | 66.6667 | 8.840 | .50 /TON | 4.42 |

| | |
|---|---|
| Sub Total | 2,733.80 |
| **Amount Due** | **2,733.80** |

**This Invoice is Shared With**

| | Regular % |
|---|---|
| VANCIL FARMS | 66.67 |
| RONNIE WRIGHT | 33.33 |

Remit To:  Helena Chemical Company
           P O BOX 198153

           ATLANTA GA 30384-8153

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**Invoice**    **8322593**

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8322595

| | |
|---|---|
| Invoice Date | 10/21/2016 |
| Due Date | 03/15/2017 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 517    Wheat |
| Ticket(s) | 8255531 |

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 64.050 | Tons | 13.6-12.4-18.7 9.9S | 303.755 /Tons | 19,455.48 |
| 861.000 | EA | Rogator 1300 #2 (Ea) | 6.50 /EA | 5,596.50 |
| 64.050 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 320.25 |
| 64.050 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 32.03 |

| | |
|---|---|
| Sub Total | 25,404.26 |
| **Amount Due** | **25,404.26** |

Remit To:   Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

# Invoice                                    8322595

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                          **8322664**

| | |
|---|---|
| Invoice Date | 11/15/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |
| Acres | 40     Wheat |
| Ticket(s) | 8255549 |

**Bill To:**  VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**  30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** 100% to Dewitt Carmen

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 4.730 | Tons | 13.6-12.4-18.7 9.9S | 309.892  /Tons | 1,465.79 |
| 4.730 | EA | Freight Fertilizer (SBU)(Ea) | 5.00  /EA | 23.65 |
| 4.730 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50  /TON | 2.37 |

| | |
|---|---|
| Sub Total | 1,491.81 |
| **Amount Due** | **1,491.81** |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

# Invoice                                          **8322664**

**VANCIL FARMS**
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                              **8322665**

| | |
|---|---|
| Invoice Date | 11/15/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |
| Acres | 80    Wheat |
| Ticket(s) | 8255550 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** 2/3 of Dewitt Carmens

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 9.470 | Tons | 13.6-12.4-18.7 9.9S | 309.986 /Tons | 2,935.57 |
| 9.470 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 47.35 |
| 9.470 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 4.74 |

| | |
|---|---|
| Sub Total | 2,987.66 |
| **Amount Due** | **2,987.66** |

Remit To:  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

# Invoice                                              **8322665**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

**Invoice**                    **8322666**

| | |
|---|---|
| Invoice Date | 11/15/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | | |
|---|---|---|
| Acres | 10 | Wheat |
| Ticket(s) | 8255551 | |

**Comments:** Ronnie East

| Quantity | | Description | % | Share Qty | Unit Price | | Your Share |
|---|---|---|---|---|---|---|---|
| 1.180 | Tons | 13.6-12.4-18.7 9.9S | 66.6700 | .787 | 310.017 | /Tons | 243.89 |
| 1.180 | EA | Freight Fertilizer (SBU)(Ea) | 66.6949 | .787 | 5.00 | /EA | 3.94 |
| 1.180 | TON | State Fertilizer Ton Tax (Bulk Ton) | 66.6949 | .787 | .50 | /TON | .39 |

Sub Total        248.22

**Amount Due**        248.22

**This Invoice is Shared With**

| | Regular % |
|---|---|
| VANCIL FARMS | 66.67 |
| RONNIE WRIGHT | 33.33 |

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**Invoice**        **8322666**

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                    8322668

| | |
|---|---|
| Invoice Date | 11/15/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

| | | |
|---|---|---|
| Acres | 44 | Wheat |
| Ticket(s) | 8255553 | |

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 5.210 | Tons | 13.6-12.4-18.7 9.9S | 309.896 | /Tons | 1,614.56 |
| 174.000 | EA | Rogator 1300 #2 (Ea) | 6.50 | /EA | 1,131.00 |
| 5.210 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 26.05 |
| 5.210 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 2.61 |

| | |
|---|---|
| Sub Total | 2,774.22 |
| **Amount Due** | **2,774.22** |

Remit To: Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                        **Invoice**          8322668

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                          **8322669**

| | |
|---|---|
| Invoice Date | 11/15/2016 |
| Due Date | 03/15/2017 |
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | 1 |
| Acres | 61   Wheat |
| Ticket(s) | 8255539 |

**Bill To:** VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

**Ship To:** 30570 ST HWY B
CAMPBELL, MO 63933
US

**Comments:** RTK West & Small Pivot Corners

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 7.390 | Tons | 13.6-12.4-18.7 9.9S | 309.995 /Tons | 2,290.86 |
| 61.000 | EA | Rogator 1300 #2 (Ea) | 6.50 /EA | 396.50 |
| 7.390 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 /EA | 36.95 |
| 7.390 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 /TON | 3.70 |

| | |
|---|---|
| Sub Total | 2,728.01 |
| **Amount Due** | **2,728.01** |

**Remit To:** Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                    **Invoice**                    **8322669**

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
34085 State Highway 25
Clarkton MO 63837
573-448-5357  Fax: 573-448-5584

# Invoice                                8322670

| | |
|---|---|
| Invoice Date | 11/15/2016 |
| Due Date | 03/15/2017 |

**Bill To:**   VANCIL FARMS
30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Customer ID | 619257 |
| Salesperson | 4630 |
| Shipping Loc. | 1 |
| Field ID | JOE |

**Ship To:**   30570 ST HWY B
CAMPBELL, MO 63933
US

| | |
|---|---|
| Acres | 365    Wheat |
| Ticket(s) | 8255554 |

| Quantity | | Description | % | Share Qty | Unit Price | Your Share |
|---|---|---|---|---|---|---|
| 44.210 | Tons | 13.6-12.4-18.7 9.9S | 66.6700 | 29.475 | 309.985 /Tons | 9,136.76 |
| 365.000 | EA | Rogator 1300 #2 (Ea) | 100.0000 | 365.000 | 6.50 /EA | 2,372.50 |
| 44.210 | EA | Freight Fertilizer (SBU)(Ea) | 66.6682 | 29.474 | 5.00 /EA | 147.37 |
| 44.210 | TON | State Fertilizer Ton Tax (Bulk Ton) | 66.6682 | 29.474 | .50 /TON | 14.74 |

|  |  |
|---|---|
| Sub Total | 11,671.37 |
| **Amount Due** | **11,671.37** |

**This Invoice is Shared With**

| | Regular % |
|---|---|
| VANCIL FARMS | 66.67 |
| JOE VANCIL | 33.33 |

**Remit To:**  Helena Chemical Company
P O BOX 198153

ATLANTA GA 30384-8153

**VANCIL FARMS**                        Invoice        8322670

Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019

**(Clarkton (MO)) Helena Chemical Co.**
**34085 State Highway 25**
**Clarkton MO 63837**
**573-448-5357  Fax: 573-448-5584**

# Invoice                                    8322672

**Bill To:**     VANCIL FARMS
              30570 ST HWY B
              CAMPBELL, MO 63933
              US

| | |
|---|---|
| **Invoice Date** | 11/15/2016 |
| **Due Date** | 03/15/2017 |
| **Customer ID** | 619257 |
| **Salesperson** | 4630 |
| **Shipping Loc.** | 1 |
| **Field ID** | 1 |
| **Acres** | 30    Wheat |
| **Ticket(s)** | 8255543 |

**Ship To:**     30570 ST HWY B
              CAMPBELL, MO 63933
              US

**Comments:** RTK East

| Quantity | | Description | Unit Price | | Total $ |
|---|---|---|---|---|---|
| 3.680 | Tons | 13.6-12.4-18.7 9.9S | 309.997 | /Tons | 1,140.79 |
| 30.000 | EA | Rogator 1300 #2 (Ea) | 6.50 | /EA | 195.00 |
| 3.680 | EA | Freight Fertilizer (SBU)(Ea) | 5.00 | /EA | 18.40 |
| 3.680 | TON | State Fertilizer Ton Tax (Bulk Ton) | .50 | /TON | 1.84 |

| | |
|---|---|
| Sub Total | 1,356.03 |
| **Amount Due** | **1,356.03** |

**Remit To:**  Helena Chemical Company
            P O BOX 198153

            ATLANTA GA 30384-8153

**VANCIL FARMS**                    # Invoice              8322672
Pesticide # MARTY VANCIL-069919 Exp. Date 04/30/2019