# Extended/Future Terms Request – Variable Prime Plus

| Customer Name ("Purchaser"): Marty Vancil | Name on Account: Vancil Farms | |
|---|---|---|
| Address: 30570 State Hwy B | Customer Number: 619257 FEIN: ███ | |
| City, State, Zip: Campbell, MO 63933 | Division: North Delta | Location: Clarkton, MO |

| REFERENCES | Please provide name, mailing address and telephone number. |
|---|---|
| Bank / Lender (primary): | Kennett National Bank, Kennett, MO. |
| Trade References: (3 references required) | Baker Implement Piggott, AR |

### Credit Department Usage Only

20___ Purchases:
Comments:
Reason for Extended Terms: ☐ Meeting Competition  ☐ Other financing unavailable  ☐ Other financing available but prefers Helena

NOTE: Current financials must accompany all extended terms requests.

RECOMMENDED BY: _Steve Hawkins_ (Helena Salesman)   RECOMMENDED BY: _[signature]_ (Helena Branch Manager)

**Extended Terms Due Date:** 03/15/2017  **Extended Terms Credit Limit:** $ 700,000.00
**Products/Services Covered by Extended Terms Request:** ALL

If this request is for crop extended terms, please complete the following information:

| Crops and Crop Year | Planned Acres | Irrigated Acres Each Crop | Crop Ins. – Type & % | Projected Yield | Estimated Harvest Date | Credit Request Per Crop (if applicable) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

To avoid being assessed a time price differential ("Finance Charge"), the purchase price of each product or service must be paid in full and credited to purchaser's account within thirty (30) days from the date of Helena's first monthly statement reflecting such purchase. Any amount owed for products and services covered by this Extended Terms Request which is not paid and credited to purchaser's account ("Extended Terms Open Balance") within the aforesaid timeframe shall be assessed a Finance Charge. The Finance Charge shall fluctuate and shall be at a rate equal to the sum of the Index (as defined below), as said rate may change from time to time, PLUS 1___% per annum but in no event shall the Finance Charge be higher than the maximum rate allowed by law ("Extended Terms Finance Charge"). The Extended Terms Finance Charge is subject to change from time to time based upon changes in an independent index which is the prime rate of Citibank, N.A. (the "Index"), a federal savings bank, being a reference or benchmark rate of interest established from time as its prime rate, whether or not such rate is otherwise published. Any change in the Finance Charge hereunder resulting from a change in the Index shall be effective as of the effective date of each change in the Index. In the event Citibank, N.A. shall cease to establish a prime rate, the Index used for determining the Extended Terms Finance Charge shall be the prime rate established by a comparable financial institution chosen by Helena. By way of reference, as of the date of this Request, the Index is 3.5___%, resulting in an applicable Extended Terms Finance Charge as of said date of 4.5___% (i.e., the Index plus 1___%), provided that such Extended Terms Finance Charge is subject to change as set forth above. The Extended Terms Finance Charge shall be assessed from the date of the first monthly statement reflecting such purchase until the date of Helena's monthly statement immediately preceding the Extended Terms Due Date set forth above. In the event that the Extended Terms Open Balance is not paid in full by the Extended Terms Due Date, the Finance Charge assessed on the Extended Terms Open Balance shall be increased to 18___% per annum ("Default Finance Charge") retroactively beginning on the first day of the billing period in which the Extended Terms Due Date falls until the Extended Terms Open Balance is paid in full and credited to purchaser's account. The applicable Finance Charge will be reflected beginning on the second monthly statement following the purchase of the product(s) or services(s) covered by this Extended Terms Request and will be reflected on each monthly statement thereafter until full payment is paid and credited to purchaser's account. Notwithstanding any provision to the contrary herein, neither the Extended Terms Finance Charge nor the Default Finance Charge shall, at any time, exceed the maximum rate allowed by law.

This Extended Terms Request shall not be binding on either party until executed by the Division Credit Manager, and at such time the undersigned purchaser agrees that the terms hereof shall apply only to the purchases of products and services identified above. Except as expressly amended or modified in this Extended Terms Request, the terms of the Credit Sales and Services Agreement or Credit Sales Agreement, as applicable, between Helena and purchaser shall remain in full force and effect.

I (we) agree and consent that Company or its designated agents may obtain a credit report or any other information relating to income, employment history or financial position. By signatures below, I (we) acknowledge such signatures represent both Authorized Agent for any business noted above and individually. I (we) authorize Company or its designated agents and all past or present creditors to release any and all necessary credit information. From time-to-time you may verify and exchange information on me (us) with credit reporting agencies.

_Marty Vancil_
Customer/Purchaser Name

By: _Marty V___
Signature

Title: _____
Date: 2-18-2016

| Division Credit Manager _____ | ☐ Approve ☐ Decline | Date: _____ |
| Division Manager _____ | ☐ Approve ☐ Decline | Date: _____ |
| Vice President _____ | ☐ Approve ☐ Decline | Date: _____ |