

# Report of Analysis

Mississippi State Chemical Laboratory
PO Box CR
Mississippi State, Mississippi 39762

Dr. Ashli Brown
State Chemist

Phone 662-325-3428
Fax 662-325-7807
mscl.msstate.edu

**For:** MS State-Darrin Dodds
32 Creelman St.

**Attn:**

**Report Date:** 7/5/2016

**Client Sample ID:** Formulation  **Lab Sample ID:** 160701001-001
**PO#**

| Test | Sample Classification | Results | Units | Comment |
|---|---|---|---|---|
| 2,4-D | Residue other | 18.7 | ppm | |

The test report is not to be reproduced except in full, without written approval of the MSCL.

Date: 7/6/14   QA Division   Page 1 of 1

Date: 7/5/16   Reviewer

**EXHIBIT 1**

## Mississippi State Chemical Laboratory

P.O. Box CR
MS State, MS 39762
Phone: 662-325-3428

**INVOICE**
3428CL160701001

Date: 7/1/2016

TO:
**MS State**
*Attn: Darrin Dodds*
**32 Creelman St
117 Dorman Hall Box 9555**

Email: dmd76@pss.msstate.edu
Phone: 662-418-1024
Fax:

### Terms
**RUSH SAMPLE 14 DAY TAT**

| Qty | MSCL # | Description | Price | Amount |
|---|---|---|---|---|
| 1 | 160701001 | 2,4-D Analysis | $125.00 | $125.00 |
| 1 | 160701001 | Rush Sample Fee | $62.50 | $62.50 |
|  |  | Paid Via: Banner# 345229-011100-037000  Pmt. Amount: |  |  |
|  |  | There will be a convenience charge for credit card payments | Balance | $187.50 |

Please visit our website: www.mscl.msstate.edu
Thank you for using Mississippi State Chemical Laboratory
We appreciate your business