

# Waypoint ANALYTICAL

2790 Whitten Road, Memphis, TN 38133
Main 901.213.2400 ° Fax 901.213.2440
www.waypointanalytical.com

7/25/2016

Tarno Crop Management
Chris Tarno
P.O. Box 554
Piggott, AR, 72454

Ref:   Analytical Testing
        Lab Report Number: 16-182-0279
        Client Project Description: Analytical Testing

Dear Chris Tarno:

Waypoint Analytical, Inc. received sample(s) on 6/30/2016 for the analyses presented in the following report.

The above referenced project has been analyzed per your instructions. The analyses were performed in accordance with the applicable analytical method.

The analytical data has been validated using standard quality control measures performed as required by the analytical method. Quality Assurance, method validations, instrumentation maintenance and calibration for all parameters (NELAP and non-NELAP) were performed in accordance with guidelines established by the USEPA (including 40 CFR 136 Method Update Rule May 2012) and NELAC unless otherwise indicated. Any parameter for which the laboratory is not officially NELAP accredited is indicated by a '~' symbol. These are not included in the scope because NELAP accreditation is either not available or has not been applied for. Additional certifications may be held/are available for parameters, where NELAP accreditation is not required or applicable. A full list of certifications is available upon request.

Certain parameters (chlorine, pH, dissolved oxygen, sulfite...) are required to be analyzed within 15 minutes of sampling. Usually, but not always, any field parameter analyzed at the laboratory is outside of this holding time. Refer to sample analysis time for confirmation of holding time compliance.

The results are shown on the attached Report of Analysis(s). Results for solid matrices are reported on an as-received basis unless otherwise indicated. This report shall not be reproduced except in full and relates only to the samples included in this report.

Please do not hesitate to contact me or client services if you have any questions or need additional information.

Sincerely,

*Randell H. Thomas*

Randy Thomas
Project Manager

Laboratory's liability in any claim relating to analyses performed shall be limited to, at laboratory's option, repeating the analysis in question at laboratory's expense, or the refund of the charges paid for performance of said analysis.

| | | | | | |
|---|---|---|---|---|---|
| Alabama #40750 | Louisiana #04015 | VA NELAP #460181 | Texas #T104704180-11-6 | Arkansas #88-0650 |
| Mississippi | California #2904 | NC #415 | Oklahoma #9311 | Virginia #00106 |
| Kentucky #90047 | Tennessee #TN02027 | EPA #TN00012 | Kentucky UST #41 | Kansas #E-10396 |



EXHIBIT 2



2790 Whitten Road, Memphis, TN 38133
Main 901.213.2400 ° Fax 901.213.2440
www.waypointanalytical.com

Client: Tamo Crop Management
Project: Analytical Testing
Lab Report Number: 16-182-0279
Date: 7/25/2016

**CASE NARRATIVE**

**Phenoxy Acid Herbicides - GC/ECD Method SW-8151A**
QC Batch No: L293740
Analyte was detected in both the primary and confirmatory analyses, with a relative percent difference (RPD) of greater than 40% between the two results. These results are flagged Q and the lower of the two values is reported. Analytes with RPD values greater than 100% are reported as non-detect.

Sample 96602 (#1)
QC Batch No: L293740
Surrogate(s) flagged for recovery outside QC limits in this project sample due to a required dilution. The dilution factor resulted in surrogate concentration(s) below the minimum detectable level. Batch QC samples (method blank and laboratory control samples) all showed surrogates within QC limits.



18327
Tarno Crop Management
Chris Tarno
P.O. Box 554
Piggott, AR 72454

2790 Whitten Road, Memphis, TN 38133
Main 901.213.2400 ° Fax 901.213.2440
www.waypointanalytical.com

Project Information: Analytical Testing

Report Date: 07/25/2016
Received: 6/30/2016

*Rendell H. Thomas*

Report Number: **16-182-0279**

**REPORT OF ANALYSIS**

Randy Thomas
Project Manager

Lab No: **96602**
Sample ID: **#1**

Matrix: **Formulation**
Sampled:

| Analytical Method: | 8151A | | Prep Batch(es): | L293421 | 07/07/16 14:20 | | | |
|---|---|---|---|---|---|---|---|---|
| Prep Method: | 8151A | | | | | | | |
| Test | | Results | Units | MQL | DF | Date / Time Analyzed | By | Analytical Batch |
| 2,4-D | | 106 Q | mg/Kg | 83.2 | 1000 | 07/12/16 17:20 | VIC | L293740 |
| Dalapon | | <20.8 | mg/Kg | 20.8 | 100 | 07/12/16 17:03 | VIC | L293740 |
| 2,4-DB | | <8.32 | mg/Kg | 8.32 | 100 | 07/12/16 17:03 | VIC | L293740 |
| Dicamba | | 144000 | mg/Kg | 4160 | 100000 | 07/12/16 17:53 | VIC | L293740 |
| Dichlorprop | | <41.6 | mg/Kg | 41.6 | 100 | 07/12/16 17:03 | VIC | L293740 |
| Dinoseb | | <20.8 | mg/Kg | 20.8 | 100 | 07/12/16 17:03 | VIC | L293740 |
| MCPA | | <416 | mg/Kg | 416 | 100 | 07/12/16 17:03 | VIC | L293740 |
| MCPP | | <416 | mg/Kg | 416 | 100 | 07/12/16 17:03 | VIC | L293740 |
| Picloram | | <10.4 | mg/Kg | 10.4 | 100 | 07/12/16 17:03 | VIC | L293740 |
| 2,4,5-T | | <4.16 | mg/Kg | 4.16 | 100 | 07/12/16 17:03 | VIC | L293740 |
| 2,4,5-TP (Silvex) | | <4.16 | mg/Kg | 4.16 | 100 | 07/12/16 17:03 | VIC | L293740 |
| Surrogate: DCAA | | 0 * | | Limits: 20-150% | 100 | 07/12/16 17:03 | VIC | L293740 |

| Qualifiers/ Definitions | * | Outside QC limit | | B | Analyte detected in blank |
|---|---|---|---|---|---|
| | DF | Dilution Factor | | MQL | Method Quantitation Limit |
| | Q | RPD >40% dual column results | | | |



**Waypoint ANALYTICAL**

2790 Whitten Road, Memphis, TN 38133
Main 901.213.2400 ° Fax 901.213.2440
www.waypointanalytical.com

18327
Tarno Crop Management
Chris Tarno
P.O. Box 554
Piggott, AR 72454

Project Information: Analytical Testing

Report Date: 07/25/2016
Received: 6/30/2016

*Randall H. Thomas*

Report Number: **16-182-0279**

**REPORT OF ANALYSIS**

Randy Thomas
Project Manager

Lab No: **96603**
Sample ID: **#2**

Matrix: **Solids**
Sampled:

| Analytical Method: | 8151A | | Prep Batch(es): | L293132 | 07/05/16 11:45 | | | |
|---|---|---|---|---|---|---|---|---|
| Prep Method: | 8151A | | | | | | | |

| Test | Results | Units | MQL | DF | Date / Time Analyzed | By | Analytical Batch |
|---|---|---|---|---|---|---|---|
| 2,4-D | <0.0304 | mg/Kg | 0.0304 | 1 | 07/07/16 17:02 | VIC | L293540 |
| Dalapon | <0.0763 | mg/Kg | 0.0763 | 1 | 07/07/16 17:02 | VIC | L293540 |
| 2,4-DB | <0.0304 | mg/Kg | 0.0304 | 1 | 07/07/16 17:02 | VIC | L293540 |
| Dicamba | **0.0043** | mg/Kg | 0.0030 | 1 | 07/07/16 17:02 | VIC | L293540 |
| Dichlorprop | <0.0304 | mg/Kg | 0.0304 | 1 | 07/07/16 17:02 | VIC | L293540 |
| Dinoseb | <0.0304 | mg/Kg | 0.0304 | 1 | 07/07/16 17:02 | VIC | L293540 |
| MCPA | <7.59 | mg/Kg | 7.59 | 1 | 07/07/16 17:02 | VIC | L293540 |
| MCPP | <7.59 | mg/Kg | 7.59 | 1 | 07/07/16 17:02 | VIC | L293540 |
| Picloram | <0.0076 | mg/Kg | 0.0076 | 1 | 07/07/16 17:02 | VIC | L293540 |
| 2,4,5-T | <0.0030 | mg/Kg | 0.0030 | 1 | 07/07/16 17:02 | VIC | L293540 |
| 2,4,5-TP (Silvex) | <0.0030 | mg/Kg | 0.0030 | 1 | 07/07/16 17:02 | VIC | L293540 |
| Surrogate: DCAA | 26.7 | | Limits: 20-150% | 1 | 07/07/16 17:02 | VIC | L293540 |

| Qualifiers/ Definitions | * | Outside QC limit | | B | Analyte detected in blank |
|---|---|---|---|---|---|
| | DF | Dilution Factor | | MQL | Method Quantitation Limit |
| | Q | RPD >40% dual column results | | | |



**Waypoint ANALYTICAL**

2790 Whitten Road, Memphis, TN 38133
Main 901.213.2400 ° Fax 901.213.2440
www.waypointanalytical.com

18327
Tarno Crop Management
Chris Tarno
P.O. Box 554
Piggott, AR 72454

Project Information: Analytical Testing

Report Date: 07/25/2016
Received: 6/30/2016

*Randell H. Thomas*

Report Number: 16-182-0279

**REPORT OF ANALYSIS**

Randy Thomas
Project Manager

Lab No: 96604
Sample ID: **Vision**

Matrix: **Formulation**
Sampled:

| Analytical Method: | 8151A | | Prep Batch(es): | L293421 | 07/07/16 14:20 | | | |
|---|---|---|---|---|---|---|---|---|
| Prep Method: | 8151A | | | | | | | |
| Test | | Results | Units | MQL | DF | Date / Time Analyzed | By | Analytical Batch |
| 2,4-D | | **118** | mg/Kg | 8.32 | 100 | 07/12/16 18:10 | VIC | L293740 |
| Dalapon | | <20.8 | mg/Kg | 20.8 | 100 | 07/12/16 18:10 | VIC | L293740 |
| 2,4-DB | | <8.32 | mg/Kg | 8.32 | 100 | 07/12/16 18:10 | VIC | L293740 |
| Dicamba | | **220000 Q** | mg/Kg | 4160 | 100000 | 07/12/16 19:00 | VIC | L293740 |
| Dichlorprop | | <41.6 | mg/Kg | 41.6 | 100 | 07/12/16 18:10 | VIC | L293740 |
| Dinoseb | | <20.8 | mg/Kg | 20.8 | 100 | 07/12/16 18:10 | VIC | L293740 |
| MCPA | | <416 | mg/Kg | 416 | 100 | 07/12/16 18:10 | VIC | L293740 |
| MCPP | | <416 | mg/Kg | 416 | 100 | 07/12/16 18:10 | VIC | L293740 |
| Picloram | | <10.4 | mg/Kg | 10.4 | 100 | 07/12/16 18:10 | VIC | L293740 |
| 2,4,5-T | | <4.16 | mg/Kg | 4.16 | 100 | 07/12/16 18:10 | VIC | L293740 |
| 2,4,5-TP (Silvex) | | <4.16 | mg/Kg | 4.16 | 100 | 07/12/16 18:10 | VIC | L293740 |
| Surrogate: DCAA | | 69.9 | | Limits: 20-150% | 100 | 07/12/16 18:10 | VIC | L293740 |

Qualifiers/
Definitions     *   Outside QC limit            B   Analyte detected in blank



2790 Whitten Road, Memphis, TN 38133
Main 901.213.2400 ° Fax 901.213.2440
www.waypointanalytical.com

## Cooler Receipt Form

Customer Number: **18327**
Customer Name: **Tarno Crop Management**
Report Number: **16-182-0279**

### Shipping Method

| | | | | |
|---|---|---|---|---|
| ◯ Fed Ex | ◯ US Postal | ◯ Lab | ◯ Other : | |
| ◯ UPS | ● Client | ◯ Courier | Thermometer ID: | NA |

| | Yes | No | |
|---|---|---|---|
| Shipping container/cooler uncompromised? | ● Yes | ◯ No | |
| Number of coolers received | 1 | | |
| Custody seals intact on shipping container/cooler? | ◯ Yes | ◯ No | ● Not Required |
| Custody seals intact on sample bottles? | ◯ Yes | ◯ No | ● Not Required |
| Chain of Custody (COC) present? | ● Yes | ◯ No | |
| COC agrees with sample label(s)? | ● Yes | ◯ No | |
| COC properly completed | ● Yes | ◯ No | |
| Samples in proper containers? | ● Yes | ◯ No | |
| Sample containers intact? | ● Yes | ◯ No | |
| Sufficient sample volume for indicated test(s)? | ● Yes | ◯ No | |
| All samples received within holding time? | ● Yes | ◯ No | |
| Cooler temperature in compliance? | ● Yes | ◯ No | |
| Cooler/Samples arrived at the laboratory on ice. Samples were considered acceptable as cooling process had begun. | ◯ Yes | ● No | |
| Water - Sample containers properly preserved | ● Yes | ◯ No | ◯ N/A |
| Water - VOA vials free of headspace | ◯ Yes | ◯ No | ● N/A |
| Trip Blanks received with VOAs | ◯ Yes | ◯ No | ● N/A |
| Soil VOA method 5035 – compliance criteria met | ◯ Yes | ◯ No | ● N/A |

☐ High concentration container (48 hr)   ☐ Low concentration EnCore samplers (48 hr)
☐ High concentration pre-weighed (methanol -14 d)   ☐ Low conc pre-weighed vials (Sod Bis -14 d)

| | | |
|---|---|---|
| Special precautions or instructions included? | ◯ Yes | ● No |

Comments:

Any regulatory non-compliance issues will be recorded on non-compliance report.

Signature: Brieanna Jackson   Date & Time: 06/30/2016 17:41:26

*[Chain of custody form, rotated 90°, from Waypoint Analytical]*

**Client Name/Address:** Tarmo Crop Management, 870-240-4282, P.O. Box 554, Piggott, AR 72454

**Project/Site Location (City/State):** (blank)

**Billing Information:** acct # 18327

**Project Manager Phone #:** 870-240-4282

**Project Manager Email:** taewochris@gmail.com

**Waypoint Analytical**, 2790 Whitten Road, Memphis, TN 38133, (901) 213-2400

Unless noted, all containers per Table II of 40 CFR Part 136.

| Date | Time | Sample Identification | Number of Containers | Matrix | Grab or Composite | 8151 Scan |
|------|------|----------------------|---------------------|--------|-------------------|-----------|
| 6-29 | | #1 | 1 | A | | X |
| 6-29 | | #2 | 1 | PT | | X |
| 6-29 | | VISION | 1 | A | | X |

Comments/Notes:
- Aqueous (water) only
- PT
- 5 gallon unopened

Barcode: 16-182-0279, 18327, 06-30-2016, 17:40:58
Tarmo Crop Management
Analytical Testing

**For Laboratory Use Only**
Ice: Y/N — Y
Custody Seals: Y/N — N
Blank/Cooler Temp: NA

**Lab Comments:** Vision Box Damaged unopened
MLL 6/30/16

**Sampled by (Name – Print):** Chris Tarwo
Relinquished by: (SIGNATURE) [signed]   Date   Time
Received by: (SIGNATURE) [signed]   Date 6/30/16   Time 10:52

Client Remarks/Comments:
ck 1831 $750.00
6.30.16 J. Smith
PAID